[No. 44203-5-II.   Division Two.   January 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY EDWARD CHENAULT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00474-1, Scott A. Collier, J., entered November 9, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 44331-7-II.   Division Two.   January 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN J. OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00936-5, Marilyn K. Haan, J., entered December 17, 2012. *Reversed* and *remanded* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.

[No. 44725-8-II.   Division Two.   January 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-04142-7, John A. McCarthy, J., entered April 5, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 45000-3-II.   Division Two.   January 27, 2015.]

*In the Matter of the Detention of* JOHN CHARLES ANDERSON.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-05591-4, John A. McCarthy, J., entered May 15, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.